IFP SUBMITTED/RELATED DDJ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | FILED |
| | CLERK, U.S. DISTRICT COURT |
| | 10/10/2025 |
| | CENTRAL DISTRICT OF CALIFORNIA |
| | BY ___EC___ DEPUTY |
| | DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |

Michael Reeves,
Plaintiff,
v.
Jadira Tello, Janel Morena, David Sagaz
County of San Diego Health & Human Services Agency ("HHS"), and Does 1-10,
Defendants.

Case No. ___2:25-cv-09809-FWS-DFM___

# NOTICE OF MOTION AND EMERGENCY MOTION TO COMPEL ISSUANCE OF GENERAL RELIEF BENEFITS AND FOR TEMPORARY INJUNCTIVE RELIEF

TO ALL PARTIES AND TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that on **October 14, 2025** at **9:00 a.m.**, or as soon thereafter as the Court may hear this matter, **Plaintiff Michael Reeves** will and hereby does move the Court for an **emergency order** compelling the **County of San Diego Health & Human Services Agency (HHS)** to immediately issue the **General Relief benefits** that have been wrongfully withheld, and for other relief including a temporary injunction against further wrongful denials based on immigration or disability status.

Because Plaintiff faces **imminent, irreparable harm** without access to basic necessities, this motion is brought **ex parte** (or on an expedited basis) and requests the Court's **earliest possible hearing**.

This Motion is based upon:

1. The accompanying **Motion and Memorandum of Points and Authorities**,
2. The **Declaration of Plaintiff Michael Reeves**,
3. All exhibits filed herewith,
4. The **Emergency Ex Parte Application and Order to Show Cause**, and
5. All other documents, pleadings, and evidence on file or to be presented at hearing.

**Dated:** October 11, 2025
Respectfully submitted,

Michael Reeves, Plaintiff (Pro Se)

---

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the United States that on **[date]**, I served a true and correct copy of this Notice of Motion and supporting documents by **[method(s) of service, e.g., email, hand delivery]** upon:

County of San Diego Health & Human Services Agency
Office of General Counsel

---

Signature
(Print Name)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

---

**Michael Reeves,**
Plaintiff,
v.
Jadira Tello, Janel Morena, David Sagaz,
**County of San Diego Health & Human Services Agency, and Does 1–10,**
Defendants.

Case No.: _____

---

# PLAINTIFF'S EMERGENCY NOTICE OF MOTION AND MOTION TO COMPEL ISSUANCE OF GENERAL RELIEF BENEFITS AND FOR TEMPORARY INJUNCTIVE RELIEF

---

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on **October 14, 2025, at 9:00 a.m.**, or as soon thereafter as the matter may be heard, **Plaintiff Michael Reeves** will and hereby does move this Court for an **Emergency Order** compelling the **County of San Diego Health & Human Services Agency, at times referred to as, DSS or (Department of Social Services)** to immediately issue **General Relief benefits** unlawfully withheld and for **temporary injunctive relief** pending full adjudication of this action.

This motion is made **ex parte** on the grounds of **imminent and irreparable harm** to Plaintiff, who is disabled, destitute, and at immediate risk to his life and health due to the unlawful denial of subsistence benefits necessary for survival.

## I. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. **Issue an immediate emergency order** compelling Defendant **County of San Diego Health & Human Services Agency** to release **General Relief benefits** to Plaintiff within **48 hours** of the Court's order;

2. **Enjoin Defendant HHS** from further denial or interference with Plaintiff's benefits based on immigration or disability status;

3. **Set an expedited hearing** on the accompanying **Order to Show Cause** and grant any further equitable relief the Court deems just and proper.

## II. GROUNDS FOR EMERGENCY RELIEF

1. **Irreparable Harm and Imminent Danger** – Plaintiff is **disabled**, **medically fragile**, and **without income, food, or basic necessities**. He has **no clean clothes**, **no gas**, **no access to hygiene**, and **no working phone** to contact his doctors or caseworkers because he cannot pay his $25 bill.
Plaintiff has been **left stranded and destitute** due to HHS's arbitrary denial of benefits, which were previously approved in Los Angeles County and unlawfully terminated upon transfer to San Diego.

2. **Unlawful Deprivation of Property and Discrimination** – Plaintiff was granted lawful immigration status by the U.S. Immigration Court in New York City on **August 13, 2019** and has continuously resided in the United States. HHS denied benefits on the basis of "immigration status," which is **contrary to law and discriminatory** under **42 U.S.C. §1983**, **29 U.S.C. §794 (Rehabilitation Act)**, and **42 U.S.C. §12132 (ADA Title II)**.

3. **Deliberate Indifference to Disability** – DSS officials have shown deliberate indifference to Plaintiff's medical and physical disabilities by denying subsistence benefits essential for survival, in violation of federal disability laws and constitutional protections.

4. **Precedent for Emergency Relief** – Denial of subsistence benefits constitutes an **immediate and irreparable injury** under *Goldberg v. Kelly*, 397 U.S. 254 (1970), which held that public benefits are a protected property interest requiring due process before deprivation.

## III. MEMORANDUM OF POINTS AND AUTHORITIES

This motion is based upon the accompanying **Emergency Ex Parte Application and Order to Show Cause**, the **Declaration of Michael Reeves**, the **attached exhibits**, and all pleadings, papers, and evidence on file or to be presented at hearing.

## IV. NOTICE

Because Plaintiff is homeless, destitute, and without functioning telephone service, notice of this motion has been or will be served upon the **San Diego County Department of Social Services, Office of General Counsel**, via **email and hand delivery** as soon as possible prior to the requested hearing.

## V. CONCLUSION

For the reasons stated above, Plaintiff respectfully prays that the Court **grant this Emergency Motion**, **set the earliest possible hearing**, and issue an order compelling immediate payment of benefits and enjoining further discrimination.

**Dated:** October ___, 2025
Respectfully submitted,

_____

**Michael Reeves**
Plaintiff, Pro Se